### SHERMAN *v*. LANDON and others.

*(Circuit Court, S. D. New York. January 23, 1883.)*

SHIPMAN, J. The motion of the defendant for a new trial in the above-entitled cause is denied.

---

### CAREY *v*. CUNARD STEAM-SHIP Co.*

*(Circuit Court, S. D. New York. January 26, 1883.)*

SHIPMAN, J. The motion of the defendant in the above-entitled cause for a new trial is denied, and the stage of proceedings is vacated.

*Affirmed. See 7 Sup. Ct. Rep. 1360.